IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. MOTEN,

    Petitioner,                    No. CIV S-05-2008 FCD PAN P

    vs.

TOM CAREY, Warden,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 21, 2005, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's December 21, 2005 motion to dismiss should not be granted.

DATED: February 17, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/001; mote2008.46h

1