IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. MOTEN,

    Petitioner,                    No. CIV S-05-2008 FCD EFB P

    vs.

TOM CAREY,

    Respondent.               ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 17, 2006, the court gave petitioner 20 days either to file an opposition to respondent's motion to dismiss or a statement of no opposition. Petitioner did not respond to that order and on July 26, 2006, a different magistrate judge recommended this action be dismissed without prejudice for petitioner's failure to obey the earlier order.

       On August 21, 2006, petitioner requested that the court vacate the findings and recommendations upon the grounds that he had been in the Administrative Segregation Unit for months and had no access to his legal materials. For that same reason, he requests additional time to file an opposition to respondent's motion.

////

////

1 Good cause appearing therefore, the July 26, 2006, findings and recommendations are
2 vacated and petitioner shall have 30 days from the date of this order to file an opposition to the
3 motion to dismiss.
4 So ordered.
5 Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

8 \mote2008.vac f&r