IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. MOTEN,

     Petitioner,                       No. CIV S-05-2008 FCD EFB P

     vs.

TOM CAREY, Warden,

     Respondent.                    <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This action proceeds on petitioner's October 5, 2005, petition in which he challenges a decision finding him unsuitable for parole. On December 21, 2005, respondent filed a motion to dismiss on the grounds that petitioner has no federally recognized liberty interest in release to parole,[1] and that if there is such an interest, petitioner does not contend that he was deprived of any process necessary to protect that interest. On September 19, 2006, petitioner opposed that motion, and on November 13, 2006, he moved to file an amended petition. For the reasons explained below, respondent's motion to dismiss is denied without prejudice and petitioner's motion to file an amended petition is granted.

////

---

    [1] The Ninth Circuit has held that California prisoners do have such an interest. *Sass v. California Board of Prison Terms*, 461 F.3d 1123, 1128 (9th Cir. 2006).

1    In deciding whether to permit a party to file an amended pleading in an action under 28
2 U.S.C. § 2254, the court looks to the Federal Rules of Civil Procedure. *Mayle v. Felix*, 545 U.S.
3 644, ___, 125 S.Ct. 2562, 2569-2570 (2005). "A party may amend the party's pleading once as a
4 matter of course at any time before a responsive pleading is served . . . ." Fed. R. Civ. P. 15(a).
5 Petitioner has not filed any amended pleading thus far, and respondent has not served an answer.
6 Therefore, petitioner may file an amended petition, even without leave of court. In light of
7 petitioner's intent to file an amended petition, the court need not address respondent's motion to
8 dismiss.
9    Accordingly, it is ORDERED that:
10   1. Respondent's December 21, 2005, motion to dismiss is denied without prejudice;
11   2. Petitioner's November 13, 2006, motion to file an amended petition is granted.
12 Petitioner has 30 days from the date this order is served to file an amended petition. Petitioner's
13 failure to file an amended petition will result in a recommendation that this action be dismissed
14 without prejudice for petitioner's failure to prosecute and failure to obey a court order. *See* Fed.
15 R. Civ. P. 41(b); L.R. 11-110.
16 Dated: January 19, 2007.

                                    /s/ Edmund F. Brennan
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE