IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. MOTEN,

        Petitioner,                       No. CIV S-05-2008 FCD EFB P

    vs.

TOM CAREY,

        Respondent.                   <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 22, 2007, the court gave petitioner 30 days to file an amended petition. Petitioner has complied with that order.

      Accordingly, it is hereby ordered that:

      1. Respondent shall file and serve a response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases.

      2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer; and

////

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

Dated: March 6, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE