IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD MOTEN,

    Petitioner,               Case No. 2:05-cv-2008 ALA (HC)

    vs.

TOM CAREY, Warden

    Respondent.           **ORDER**

_____/

    On April 15, 2008, Petitioner requested a copy of this Court's last Order. (doc. 30). Petitioner also inquired as to the status of the captioned action.

    Petitioner's case is presently being reviewed. The Clerk's Office will notify Petitioner of changes in the status of his action.

    Good cause appearing, **IT IS HEREBY ORDERED** that the Clerk of Court provide Petitioner with a copy of this Court's last Order sent to Petitioner. The Order that shall be sent is document 26, which directed Petitioner to file a brief.

DATED: April 24, 2008                /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

1