IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. MOTEN,

    Petitioner,                           No. CIV S-05-2008 FCD EFB

    vs.

THOMAS CAREY, Warden,

    Respondent.                       ORDER

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 25, 2008, the court denied his application for habeas corpus relief and judgment was entered. Petitioner appealed. On June 15, 2010, the Ninth Circuit remanded the case to the district court for the limited purpose of granting or denting a certificate of appealability.

       A certificate of appealability shall issue as to the issue of whether the state court's determination that some evidence supported the parole board's decision was based on an unreasonable determination of the facts in light of the evidence presented.

Dated: July 26, 2010.

                                                  FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE